**Scott Bowen, State Bar No. 349188**
**Bowen & Kennedy, P.C.**
445 S. Figueroa St.
Suite 3100. #301
Los Angeles, CA 90071
O: (213)-297-7292
F: (213) 261-0332
scott@bowenkennedylaw.com

Attorney for Plaintiff Neil Dorval

**UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Petitioner<br><br>NEIL DORVAL<br><br>v.<br><br>Defendant<br><br>FARIBA K RAHIMI, "AKA KATE RAHIMI | Case No.:<br><br>**Complaint and Jury Demand** |

Plaintiff Neil Dorval (hereinafter "Dorval" or "Plaintiff") hereby allege as follows:

**INTRODUCTION**

1. Plaintiff NEIL DROVAL ("Plaintiff") brings this action for damages and all other due and proper relief against Defendant, FARIBA K RAHIMI, "AKA KATE RAHIMI", ("Defendant") for Defendant's Copyright Infringement and Unjust Enrichment.

**PARTIES**

2. Plaintiff, Neil Dorval, is a natural person who resides in Ventura County in the State of California.

3. Defendant, Kate Rahimi, is a natural person who resides in Los Angeles County in the State of California.

## STATEMENT OF JURISDICTION

4. This court has jurisdiction over this matter pursuant to 28 U.S.C §1338 and 28 U.S.C §1331.
5. This court has supplemental Jurisdiction under 28 U.S.C §1367 to hear claims arising out of the same transaction or occurrence.
6. Venue is proper as the injury to person or damage to personal property occurred in its jurisdictional area.

## FACTUAL BACKGROUND

7. Plaintiff owned and operated a business that provided search engine optimization services. ("SEO").
8. Plaintiff owns copyrighted musical works which Plaintiff licenses to users as part of the SEO service. Copyrighted works at issue are as follows:
    a. "AMERICA THE BEAUTIFUL and 2 Other Unpublished Works". Original registration 1991, SRU000229701. Current registration number SRu001499823-3/8/2022.
    b. "Underneath the moon and stars"--Registration number SR0000240487 2-18-1997.
        i. Above registration includes the following recordings:
            1. Anywhere, anytime
            2. Call on me
            3. When the right one comes along
            4. A permanent vacation

     5. Take it in stride

     6. One day at a time

     7. I'll never stop loving you

     8. A million miles from anywhere

     9. We're only promised today

     10. Lovers leave love

     11. The truth

     12. A million miles from anywhere

     13. A warm summer's night

     14. Through all eternity

9. Defendant owns and operates a private law practice located at 21700 Oxnard St, Suite 1720, Woodland Hills, CA 91367-8125, Los Angeles County.

10. Upon information and belief, Defendant maintains ownership interest in two law firms doing business as:

    a. LA Legal Solutions, and

    b. Kate Rahimi Law

11. Defendant entered into an oral agreement with the Plaintiff on February 6, 2018 to develop YouTube content advertising Defendant's law practice.

12. During contract negotiations, Defendant was advised that the usual and fair market value of Plaintiff's services were $750 per month. Defendant and Plaintiff ultimately negotiated a lower amount.

13. Contract terms were as follows:

a. Plaintiff was to create multiple YouTube videos advertising Defendant's private law practice with a focus on Immigration law.

b. Defendant was to pay Plaintiff $300 per month as a management and licensing fee for the content created.

c. $300 monthly licensing fee was for use of Plaintiff's copyrighted material(s).

14. Plaintiff created the videos for Defendant and uploaded the content to various YouTube Channels and LinkedIn. Video's contained imagery and keywords that would direct users to the videos advertising Defendant's law practice. Video's also contained music tracks that consisted solely of Plaintiff's copyrighted works.

a. 

| Name | Date Modified | Kind | Size |
|---|---|---|---|
| MOVIES | Feb 19, 2018 at 9:57 AM | Folder | -- |
| KATE RAHIMI MOVIE #2.mp4 | Feb 6, 2018 at 10:00 PM | Movie | 23.5 MB |
| KATE RAHIMI MOVIE #3.2.mp4 | Feb 12, 2018 at 11:03 AM | Movie | 47.4 MB |
| KATE RAHIMI MOVIE #3.3.mp4 | Feb 12, 2018 at 11:04 AM | Movie | 46.9 MB |
| KATE RAHIMI MOVIE #3.4.mp4 | Feb 12, 2018 at 11:04 AM | Movie | 46.4 MB |
| KATE RAHIMI MOVIE #3.5.mp4 | Feb 12, 2018 at 11:05 AM | Movie | 46.3 MB |
| KATE RAHIMI MOVIE #3.6.mp4 | Feb 12, 2018 at 11:06 AM | Movie | 46.1 MB |
| KATE RAHIMI MOVIE #3.7+.mp4 | Feb 12, 2018 at 6:03 PM | Movie | 46.2 MB |
| KATE RAHIMI MOVIE #3.8.2+.mp4 | Feb 12, 2018 at 6:07 PM | Movie | 52.7 MB |
| KATE RAHIMI MOVIE #3.mp4 | Feb 12, 2018 at 11:01 AM | Movie | 49 MB |
| KATE RAHIMI MOVIE #4.1.mp4 | Feb 13, 2018 at 10:25 AM | Movie | 36 MB |
| KATE RAHIMI MOVIE #4.2.mp4 | Feb 13, 2018 at 10:29 AM | Movie | 35.9 MB |
| KATE RAHIMI MOVIE #4.3.mp4 | Feb 13, 2018 at 10:30 AM | Movie | 36.1 MB |
| KATE RAHIMI MOVIE #4.mp4 | Feb 13, 2018 at 10:23 AM | Movie | 36.1 MB |
| KATE RAHIMI MOVIE #5.0.mp4 | Feb 15, 2018 at 11:26 AM | Movie | 51 MB |
| KATE RAHIMI MOVIE #5.1.mp4 | Feb 15, 2018 at 11:27 AM | Movie | 50.8 MB |
| KATE RAHIMI MOVIE #5.2.mp4 | Feb 15, 2018 at 11:28 AM | Movie | 50.8 MB |
| KATE RAHIMI MOVIE #5.3.mp4 | Feb 15, 2018 at 11:29 AM | Movie | 50.8 MB |
| KATE RAHIMI MOVIE #5.4.mp4 | Feb 15, 2018 at 11:29 AM | Movie | 50.9 MB |
| KATE RAHIMI MOVIE #5.5.mp4 | Feb 15, 2018 at 11:30 AM | Movie | 51 MB |
| KATE RAHIMI MOVIE #5.6.mp4 | Feb 15, 2018 at 11:31 AM | Movie | 51.9 MB |
| KATE RAHIMI MOVIE #5.7.mp4 | Feb 15, 2018 at 11:32 AM | Movie | 52.1 MB |
| KATE RAHIMI MOVIE #5.8.mp4 | Feb 15, 2018 at 11:32 AM | Movie | 52.2 MB |
| KATE RAHIMI NEW MOVIE #6.1.mp4 | Feb 18, 2018 at 2:34 PM | Movie | 34 MB |
| KATE RAHIMI NEW MOVIE #6.2.mp4 | Feb 18, 2018 at 2:46 PM | Movie | 34 MB |
| KATE RAHIMI NEW MOVIE #6.3 America.mp4 | Feb 18, 2018 at 2:47 PM | Movie | 32.6 MB |
| KATE RAHIMI NEW MOVIE #6.4 America.mp4 | Feb 18, 2018 at 2:48 PM | Movie | 32 MB |
| KATE RAHIMI NEW MOVIE #6.5America.mp4 | Feb 18, 2018 at 3:07 PM | Movie | 35.4 MB |
| KATE RAHIMI NEW MOVIE #7.1 SPANISH.mp4 | Feb 19, 2018 at 9:31 AM | Movie | 45.3 MB |

b. 



c.

d.

15. Videos created by the Plaintiff included the following copyrighted works:

   a. A Warm Summer's Night

   b. America the Beautiful

16. After the creation of the materials, and after they were uploaded to YouTube, Defendant terminated the agreement via text message.



a.

17. In or Around April 2023, Plaintiff discovered that Defendant continued using his works despite not paying the licensing fee as agreed to.

18. Defendant directed consumers, via the YouTube videos, to both law practices.



a.

19. Defendant paid no licensing fees between March 2018 and February 2024.

20. Plaintiff communicated via written cease and desist letter with Defendant on April 26, 2023, upon Plaintiff discovering the unauthorized use of his copyrighted material. Cease and desist letter also provided Defendant with the Copyright Registration numbers.

21. Defendant was also notified by YouTube that the videos she was, and still is using, contained copyrighted material.

a.

| | | |
|---|---|---|
| YouTube | [YouTube] A copyright claim was created for content in "✔ 818-835-4005 IMMIGRATION LAW ... - Hi SocialNetPromo Wes | Feb 12 |
| YouTube | [YouTube] A copyright claim was created for content in "✔ U.S. IMMIGRATION ATTORNEYS WO... - Hi SocialNetPromo V | Feb 12 |
| YouTube | [YouTube] A copyright claim was created for content in "KATE RAHIMI MOVIE #3 4" - Hi SocialNetPromo Westlake, A cop | Feb 12 |
| YouTube | [YouTube] A copyright claim was created for content in "KATE RAHIMI MOVIE #3" - Hi SocialNetPromo Westlake, A copyr | Feb 12 |
| YouTube | [YouTube] A copyright claim was created for content in "✔ IMMIGRATION ATTORNEYS WOODLAN... - Hi SocialNetProm | Feb 12 |
| YouTube (2) | [YouTube] A copyright claim was created for content in "✔ 818-835-4005 KATE RAHIMI IMMI... - Hi SocialNetPromo West | Feb 12 |

22. Plaintiff sent a second cease and desist letter to Defendant on June 21, 2023. Cease and desist letter also provided Defendant with the Copyright Registration numbers.

23. As of the today's date, Defendant continues to use Plaintiff's copyrighted materials on various websites.

    a. https://www.youtube.com/watch?v=HJs_-roJuI8&t=29s
    b. https://www.youtube.com/watch?v=asn5Sz26Z8E&t=56s
    c. https://www.youtube.com/watch?v=zbxz4lEk5lQ&t=28s
    d. https://www.youtube.com/watch?v=z8ypZ2ofUUo&t=39s
    e. https://www.youtube.com/watch?v=DAIIIV0_Sy8&t=25s
    f. https://www.youtube.com/watch?v=B6YakZzWXaY&t=4s
    g. https://www.youtube.com/watch?v=asn5Sz26Z8E&t=60s

24. Defendant has been profiting off of the unauthorized use of these materials via advertising on the aforementioned websites.

25. Plaintiff's creative works continue to be infringed upon causing harm.

26. Defendant continues to knowingly and willfully infringed upon Plaintiff's copyrighted work.

**<u>FIRST CAUSE OF ACTION</u>**

(Copyright Infringement)

27. Plaintiff incorporates all the averments of this complaint as if set forth in full here.

28. To be liable, Plaintiff must prove (1) ownership of a valid copyright, and (2) actionable copying by the defendant of constituent elements of the work that are original.

    a. Plaintiff owns numerous copyrighted works, and these works are registered.

    b. Defendant was notified that the materials she is using are copyrighted works and after being notified failed to cease the unauthorized use of the materials.

    c. Copyrighted works are musical tracks that the Defendant knowingly and willfully is using on various social media platforms to advertise her own law firm.

    d. Plaintiff continues to be harmed by the Defendant's unauthorized use of the copyrighted works .

29. WHEREFORE, plaintiff demands judgment and monetary damages against the defendant in an amount to be determined at trial, plus costs and interest, punitive damages, and for any further relief that this Honorable Court determines necessary and appropriate.

**SECOND CAUSE OF ACTION**

(Unjust Enrichment)

30. Plaintiff incorporates all the averments of this complaint as if set forth in full here.

31. To be liable, Plaintiff must show that (1) Defendant received a benefit, and (2) Defendant unjustly retains the benefit at the expense of another.

32. Plaintiff created videos and utilized various keyword searches to direct users to the videos. "SEO development".

33. Defendant benefited by this development and the unlicensed use of the Plaintiff's copyrighted materials by directing traffic to her own law firm via the advertising.

34. Defendant has paid no licensing fees since March 2018 to the Plaintiff for the continued use of Plaintiff's copyrighted materials.

35. Defendant has benefited by the advertising created by Plaintiff and the retention of that benefit without just compensation is at the expense of Plaintiff.

36. The two-year statute of limitations should be tolled under the continuous accrual theory as each month of use constitutes a new and continuous cause of action. The common law theory of continuous accrual posits that a cause of action challenging a recurring wrong may accrue not once but each time a new wrong is committed.

37. WHEREFORE, plaintiff demands judgment and monetary damages against the defendant in an amount to be determined at trial, plus costs and interest, and for any further relief that this Honorable Court determines necessary and appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Court enter judgment in their favor and against Defendant and seek the following relief:

1. Judgement for copyright infringement for Plaintiff, in the amount of $210,000 as statutorily allowed for willful infringement upon Plaintiff's copyright. 17 U.S.C. §504.
2. Judgment against defendant for restitution of $18,000 which represents the estimated fair market value of the services provided by the Plaintiff to the Defendant without compensation.
3. Injunctive relief to prevent Defendant's continued unauthorized of Plaintiff's work(s).
4. Judgment against the defendant for attorney fees and costs arising from this action.
5. Such other relief deemed appropriate and just by the court.

**JURY DEMAND**

6. Plaintiff demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

February 20, 2024

Bowen & Kennedy, P.C., Attorney for Petitioner

________________________________________________

By: Scott Bowen