NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Scott Bowen, SBN 349188
445 S. Figueroa St, Suite 3100
Los Angeles, CA 90071
213-297-7292

CLEAR FORM

ATTORNEY(S) FOR: Neil Droval

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NEIL DORVAL | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-01347-JLS-MRW |
| v. | |
| FARIBA K RAHIMI | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                                    Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Neil Dorval | Plaintiff/ Copyright holder |
| Fariba K Rahimi | Defendant |

02/22/2024
_____
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):

Neil Dorval
_____