# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL DORVAL,<br><br>            Plaintiff,<br><br>     v.<br><br>FARIBA K. RAHIMI,<br><br>            Defendant. | Case No.  2:24-cv-01347-JLS-MRW<br><br>**JUDGMENT** |

Having granted Defendant's Fariba K. Rahimi's motion to dismiss (Doc. 22), it is hereby ORDERED AND ADJUDGED that judgment is entered for Fariba K. Rahimi and against Neil Dorval as follows: Plaintiff Neil Dorval's (1) copyright claim is DISMISSED WITH PREJUDICE, and (2) state-law unjust-enrichment claim is DISMISSED WITHOUT PREJUDICE TO REFILING IN STATE COURT.  Defendant Fariba K. Rahimi may apply to the Clerk to tax eligible costs.  *See* L.R. 54.

Dated: July 14, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1